| United States District Court | Southern District of Texas |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
July 26, 2018
David J. Bradley, Clerk

David Gillespie, §
§
　　　　Plaintiff, §
§
versus §　　　　Civil Action H-18-1405
§
StatOil Texas Onshore Properties, LLC, et al., §
§
　　　　Defendants. §

## Final Dismissal

1. Having been advised that David Gillespie no longer wishes to pursue his claims against StatOil Texas Onshore Properties, LLC, StatOil Pipelines, LLC, StatOil Gulf Services, LLC, and StatOil USA Onshore Properties, Inc., this case is dismissed without prejudice. (9)

2. If re-filed in the United States District Court for the Southern District of Texas, Houston Division, the case will be assigned to Judge Lynn N. Hughes.

Signed on July 26, 2018, at Houston, Texas.

　　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　United States District Judge